# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CR 21-11-M-DLC |
| Plaintiff, | |
| vs. | ORDER |
| **JOSEPH MADISON STREMEL,** | |
| Defendant. | |

The United States has filed a Motion to Quash Arrest Warrant and Issue Summons. (Doc. 5.) Good cause appearing,

IT IS HEREBY ORDERED that the arrest warrant issued for Joseph Madison Stremel on March 4, 2021 is QUASHED.

IT IS FURTHER ORDERED that the Clerk of Court shall issue a Summons for Joseph Madison Stremel to appear before this Court to answer the Indictment filed against him on March 23, 2021, at 10:00 a.m.

DATED this 9th day of March, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1