IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 21-11-M-DLC |
|---|---|
| Plaintiff, | ORDER ISSUING WARRANT |
| vs. | |
| JOSEPH MADISON STREMEL, | |
| Defendant. | |

The United States has moved for the issuance of a warrant and to revoke Defendant's pretrial release. (Doc. 18.) The motion is supported by the Affidavit of the United States Pretrial Services Officer, setting forth alleged violations of the conditions of Defendant's pretrial release. Good cause appearing for the issuance of a warrant,

IT IS HEREBY ORDERED that a warrant for Defendant's arrest shall be issued. Pursuant to 18 U.S.C. § 3148(b), a determination as to the revocation of Defendant's pretrial release will be made following a hearing.

DATED this 19th day of April, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1